

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00373-CV

Sarah Friend **NEUTZE**,
Appellant

v.

**TEXAS FARMERS INSURANCE COMPANY** and James 'Doug' Wasson, II,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2016-02-30997-CV
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED.

SIGNED July 21, 2021.

_____
Lori I. Valenzuela, Justice